IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.3:06CR151

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRENT BRADFORD NYFFELER, | ) |
| a/k/a "Tula" | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING**
**MOTION FOR ADMISSION *PRO HAC VICE***

**THIS MATTER IS BEFORE THE COURT** on James Warren Lane's Application for Admission *Pro Hac Vice*. It appearing that James Warren Lane is a member in good standing with the Texas State Bar, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1) James Warren Lane's Application for Admission *Pro Hac Vice* is **GRANTED**; and

(2) James Warren Lane remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: June 12, 2006

David C. Keesler
United States Magistrate Judge